## EDWARD BACCASH *v.* COMMISSIONER OF CORRECTION
## (AC 26830)

Schaller, Rogers and West, Js.

Argued January 5—officially released January 30, 2007

Per Curiam. The appeal is dismissed.